LAW OFFICES

## BALLARD SPAHR ANDREWS & INGERSOLL, LLP

1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-7599
215-665-8500
FAX: 215-864-8999
WWW.BALLARDSPAHR.COM

BALTIMORE, MD
BETHESDA, MD
DENVER, CO
LAS VEGAS, NV
PHOENIX, AZ
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

DOUGLAS Y. CHRISTIAN
DIRECT DIAL: (215) 864-8404
PERSONAL FAX: (215) 864-9206
E-MAIL: CHRISTIAND@BALLARDSPAHR.COM

April 27, 2007

<u>Via E-mail and US Mail</u>

Mike Dwyer
President/CEO
Sinclair Dwyer & Co, Inc.
15880 Foothill Blvd.
San Leandro, CA 94578

Re: <u>Mutual Holdings (Bermuda) Limited v. Sinclair-Dwyer & Company., Inc.
Supreme Court of Bermuda, Civil Jurisdiction: 2006 No. 33</u>

Dear Mr. Dwyer:

Enclosed is a copy of a Judgment duly entered after trial on the merits of the above-captioned matter in the Supreme Court of Bermuda on behalf of my client Mutual Holdings (Bermuda) Limited against Sinclair-Dwyer & Company, Inc. Please contact me by the close of business on Friday May 4, 2007, or instruct your counsel to do so, so that we may arrange for prompt payment of this judgment and the Bill of Costs relating thereto. My client has filed a Bill of Costs in the amount of $43,964.25, and the Court is expected to set the taxable amount on May 30, 2007. I look forward to hearing from you or your representative immediately.

Very truly yours,

Douglas Y. Christian

DYC:mas
Enclosure

DMEAST #9774844 v1