E-filing

MANATT, PHELPS & PHILLIPS, LLP
JOHN P. KERN (Bar No. CA 206001)
TARA S. KAUSHIK (Bar No. CA 230098)
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 291-7400
Facsimile: (415) 291-7474
E-mail: jkern@manatt.com
       tkaushik@manatt.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
DOUGLAS Y. CHRISTIAN (Bar No. PA 41934)
MARC J. WEINSTEIN (Bar No. FL 151246)
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8237
Facsimile: (215) 864-9233
E-mail: ChristianD@ballardspahr.com
       WeinsteinM@ballardspahr.com

Attorneys for Plaintiff,
MUTUAL HOLDINGS (BERMUDA) LIMITED

FILED
SEP 05 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
AUG 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

C07-04505 JL

| | |
|---|---|
| MUTUAL HOLDINGS (BERMUDA) LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>SINCLAIR-DWYER & COMPANY, INC.,<br><br>Defendant. | Case No. _____<br><br>**APPLICATION OF DOUGLAS Y. CHRISTIAN FOR ADMISSION *PRO HAC VICE*** |

**APPLICATION OF DOUGLAS Y. CHRISTIAN FOR ADMISSION PRO HAC VICE**

1.   Douglas Y. Christian, residing in the State of Pennsylvania, and a member of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599, hereby applies to be admitted to practice in this court *pro hac vice*.

90000191.1

2. My Pennsylvania Bar Number is 41934. I am admitted to practice before the United States Supreme Court, the Pennsylvania Supreme Court, and the Eastern, Middle, and Western Districts of the United States District Court of Pennsylvania.

3. I have not been disbarred or formally censured by a court of record or by a state bar association or subject to any disciplinary proceedings.

4. I agree to comply with all applicable local rules, including the Standards of Professional Conduct set forth in Civil L.R. 11-4.

5. I agree to familiarize myself with the Local Rules and Alternative Dispute Resolution Programs of this Court.

6. Pursuant to Civil L.R. 11-3(a), John P. Kern, an associate at the law firm of Manatt, Phelps & Phillips, LLP, 111 Sutter Street, Suite 700, San Francisco, CA 94104, (415) 291-7400, is hereby designated a member of the bar of this Court with whom opposing counsel and the Court may readily communicate regarding the conduct of the case and upon whom papers shall be served.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, DC

90000191.1

2

APPLICATION OF DOUGLAS CHRISTIAN
FOR ADMISSION PRO HAC VICE

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2007          By: _____
                                     Douglas Y. Christian

Dated: August 30, 2007          By: _____
                                     John P. Kern
                                     Manatt, Phelps & Phillips, LLP
                                     111 Sutter Street, Suite 700
                                     San Francisco, CA 94104
                                     (415) 291-7400

                                     Counsel for Plaintiff,
                                     MUTUAL HOLDINGS (BERMUDA) LIMITED

SO ORDERED.

Dated this 5th day of Sept, 2007.

_____
UNITED STATES DISTRICT JUDGE

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, DC

90000191.1

3

APPLICATION OF DOUGLAS CHRISTIAN
FOR ADMISSION PRO HAC VICE