MANATT, PHELPS & PHILLIPS LLP
JOHN P. KERN (Bar No. CA 206001)
TARA S. KAUSHIK (Bar No. CA 230098)
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 291-7400
Facsimile: (415) 291-7474
E-mail: jkern@manatt.com
       tkaushik@manatt.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
DOUGLAS Y. CHRISTIAN (Bar No. PA 41934)
MARC J. WEINSTEIN (Bar No. FL 151246)
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8237
Facsimile: (215) 864-9233
E-mail: ChristianD@ballardspahr.com
       WeinsteinM@ballardspahr.com

Attorneys for Plaintiff,
MUTUAL HOLDINGS (BERMUDA) LIMITED

*E-filing*

RECEIVED
AUG 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUTUAL HOLDINGS (BERMUDA) LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>SINCLAIR-DWYER & COMPANY, INC.,<br><br>Defendant. | Case No. C07-04505<br><br>**APPLICATION OF MARC J. WEINSTEIN FOR ADMISSION** *PRO HAC VICE* |

### APPLICATION OF MARC J. WEINSTEIN FOR ADMISSION PRO HAC VICE

1.  Marc J. Weinstein, residing in the State of Pennsylvania, and an associate of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599, hereby applies to be admitted to practice in this court *pro hac vice*.

90000188.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, DC

APPLICATION OF MARC WEINSTEIN FOR
ADMISSION PRO HAC VICE

2. I am a member in good standing of The Florida Bar, Member Number 151246. I am admitted to practice before the Supreme Court of Florida, the United States District Court, Southern District of Florida and the United States Court of Appeals for the Eleventh Circuit. I recently applied for admission to the Pennsylvania Bar and I am currently awaiting the results of my July, 2007 bar examination.

3. I have not been disbarred or formally censured by a court of record or by a state bar association or subject to any disciplinary proceedings.

4. I agree to comply with all applicable local rules, including the Standards of Professional Conduct set forth in Civil L.R. 11-4.

5. I agree to familiarize myself with the Local Rules and Alternative Dispute Resolution Programs of this Court.

6. Pursuant to Civil L.R. 11-3(a), John P. Kern, an associate at the law firm of Manatt, Phelps & Phillips, LLP, 111 Sutter Street, Suite 700, San Francisco, CA 94104, (415) 291-7400, is hereby designated a member of the bar of this Court with whom opposing counsel and the Court may readily communicate regarding the conduct of the case and upon whom papers shall be served.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, DC

90000188.1

2

APPLICATION OF MARC WEINSTEIN
FOR ADMISSION PRO HAC VICE

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2007          By: /s/ Marc J. Weinstein
                                    Marc J. Weinstein

Dated: August 30, 2007          By: _____
                                    John P. Kern
                                    Manatt, Phelps & Phillips, LLP
                                    111 Sutter Street, Suite 700
                                    San Francisco, CA 94104
                                    (415) 291-7400

                                    Counsel for Plaintiff,
                                    MUTUAL HOLDINGS (BERMUDA) LIMITED

SO ORDERED.

Dated this 5th day of SEPT, 2007.

~~UNITED STATES DISTRICT JUDGE~~

**JAMES LARSON**
**U.S. CHIEF MAGISTRATE JUDGE**

90000188.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, DC

3

APPLICATION OF MARC WEINSTEIN
FOR ADMISSION PRO HAC VICE