E-filing

```
MANATT, PHELPS & PHILLIPS, LLP
JOHN P. KERN (Bar No. CA 206001)
E-mail: JKern@Manatt.com
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Ballard Spahr Andrews & Ingersoll, LLP
Douglas Y. Christian, Esquire (Pro Hac App Pending)
ChristianD@BallardSpahr.com
Marc J. Weinstein, Esquire (Pro Hac App Pending)
WeinsteinM@BallardSpahr.com
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500
(215) 864-8999

Attorneys for Plaintiff
MUTUAL HOLDINGS (BERMUDA) LIMITED
```

ORIGINAL FILED AUG 3 0 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

Oakland Division

C07-04505 JL

| | |
|---|---|
| MUTUAL HOLDINGS (BERMUDA) LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>SINCLAIR-DWYER & COMPANY, INC.,<br><br>Defendant. | Case No. _____<br><br>**PLAINTIFF MUTUAL HOLDINGS (BERMUDA) LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3  Respectfully submitted:

4  Dated:   August 30, 2007

MANATT, PHELPS & PHILLIPS, LLP
John P. Kern

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
Douglas Y. Christian, Esquire (Pro Hac App Pending)
Marc J. Weinstein, Esquire (Pro Hac App Pending)

By: _____
John P. Kern
*Attorneys for Plaintiff*
MUTUAL HOLDINGS (BERMUDA) LIMITED

90000204.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PLAINTIFF'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS