MARK JOSEPH KENNEY (State Bar No. 87345)
AUSTIN B. KENNEY (State Bar No. 242277)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
SINCLAIR-DWYER & COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| MUTUAL HOLDINGS (BERMUDA) LIMITED,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SINCLAIR-DWYER & COMPANY, INC.,<br><br>　　　　　Defendant. | Case No.:  C07 04505 (JL)<br><br>**STIPULATION TO EXTEND TIME OR OTHERWISE RESPOND TO COMPLAINT** |

TO ALL PARTIES AND TO THE COURT:

PLEASE TAKE NOTICE that defendant SINCLAIR-DWYER & COMPANY, INC. and plaintiff MUTUAL HOLDINGS (BERMUDA) LIMITED stipulate pursuant to Local Rule 6-1(a) that SINCLAIR-DWYER & COMPANY, INC.'s time to file and serve an answer to plaintiff's Complaint is enlarged to and includes Thursday, October 18, 2007.

IT IS SO STIPULATED:

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | SEVERSON & WERSON<br>A Professional Corporation |
| By:　　/s/ John P. Kern<br>　　　　John P. Kern, Esq. | By:　　/s/ Mark Joseph Kenney<br>　　　　Mark Joseph Kenney, Esq. |
| Attorneys for Plaintiff<br>MUTUAL HOLDINGS (BERMUDA) LIMITED | Attorneys for Defendant<br>SINCLAIR-DWYER & COMPANY, INC. |

1  I, Austin B. Kenney, Esq., am the ECF user whose ID and password are being used to file this Stipulation to Extend Time or Otherwise Respond to Complaint. In compliance with General Order 45, X. B., I hereby attest that counsel for plaintiff, Manatt, Phelps & Phillips, LLP, have concurred in this filing.

DATED: September 26, 2007

SEVERSON & WERSON
A Professional Corporation


By:_____/s/ Mark Joseph Kenney_____
     Mark Joseph Kenney, Esq.

Attorneys for Defendant
SINCLAIR-DWYER & COMPANY, INC.