MARK JOSEPH KENNEY (State Bar No. 87345)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
E-mail:  mjk@severson.com

Attorneys for Defendant
SINCLAIR-DWYER & COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUTUAL HOLDINGS (BERMUDA) LIMITED,<br><br>            Plaintiff,<br><br>     vs.<br><br>SINCLAIR-DWYER & COMPANY, INC.,<br><br>            Defendant. | Case No.:  C07-04505 JL<br><br>**DEFENDANT SINCLAIR-DWYER & COMPANY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  October 18, 2007

SEVERSON & WERSON
A Professional Corporation

/s/ *Mark Joseph Kenney*

By: _____
              Mark Joseph Kenney

Attorneys for Defendant
SINCLAIR-DWYER & COMPANY, INC.