UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUTUAL HOLDINGS (BERMUDA) LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>SINCLAIR-DWYER & COMPANY, INC.,<br><br>Defendant. | Case No. C07-04505 JL<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

David Alexander, Vice President
Mutual Holdings (Bermuda) Limited
44 Church Street West
Pembroke, Hamilton
Bermuda HM 12

Marc J. Weinstein, Esquire
Douglas Y. Christian, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Attorneys for Plaintiff
Mutual Holdings (Bermuda) Limited

Dated: November 14, 2007

DMEAST #9920979 v1