IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Mutual Holdings Ltd.

        Plaintiff(s),

v.

Sinclair-Dwyer & Co.

        Defendant(s).

No.: C- 07-4505 JL

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____  _____
Attorney for Plaintiff           Attorney for Defendant

Dated: 1/9/08