## CIVIL MINUTES

**Chief Magistrate Judge James Larson**              FTR 10:33-10:35 ( 02 min)
Date: **February 20 , 2008**

Case No: **C07- 4505 JL**

Case Name: **Mutual Holdings v. Sinclair-Dwyer & Co., Inc.**

Plaintiff  Attorney(s): Mark Weinstein by phone (215) 864-8147
Defendant Attorney(s): Mark Kenney

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                      **RULING:**
1.
2.
3.
4.
[ X] Fur Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  []  Court
**Case continued to:** 4-2-08 @ 10:30 a.m. for fur CMC

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
        [ ] Jury  [ ]  Court


Notes:.



cc: Venice, Kathleen,