UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUTUAL HOLDINGS (BERMUDA) LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>SINCLAIR-DWYER & COMPANY, ET AL.,<br><br>    Defendants.<br>_____/ | No. C   07-4505 JL<br><br>**ADMINISTRATIVE CLOSURE** |

The complaint in this case was filed August 30, 2007 and the last action was a case management conference on February 20, 2008. A notice of automatic stay in bankruptcy was filed by Defendant on March 27, 2008. This satisfies the requirements for administrative closure, that is, that the complaint was filed at least three years ago and there has been no action for at least one year, but leaves the case open for any party to make a motion at a future date.

Rather than continue the case, the court hereby issues an Order of Administrative Closure. Accordingly, the clerk shall close the file.

IT IS SO ORDERED.

DATED: September 2, 2010

                                                              _____<br>
                                                                  James Larson<br>
                                                           United States Magistrate Judge

G:\JLALL\CASES\CIVIL\07-4505\Administrative Closure.wpd